Certificate Number: 05781-PAW-DE-035912829

Bankruptcy Case Number: 16-70624



05781-PAW-DE-035912829

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2021, at 6:14 o'clock PM PDT, Benjamin Jones completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  August 12, 2021             By:  /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title:  President