**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/4/21 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BENJAMIN T JONES<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>      vs.<br>BENJAMIN T JONES<br><br><br>        Respondents | Case No.16-70624JAD<br><br>Chapter 13<br><br>Related to Doc. #127 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 4th day of October 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg,PA 17105

is hereby ordered to immediately terminate the attachment of the wages of BENJAMIN T JONES, social security number XXX-XX-7978. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BENJAMIN T JONES.

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-70624-JAD
Benjamin T Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: culy   Page 1 of 2
Date Rcvd: Oct 04, 2021   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Benjamin T Jones, 3555 Rollingstone Road, Morrisdale, PA 16858-9014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor Pingora Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 2 of 2 |
| Date Rcvd: Oct 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Cenlar FSB bankruptcy@powerskirn.com

Kenneth P. Seitz

on behalf of Debtor Benjamin T Jones thedebterasers@aol.com

Maria Miksich

on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Robert Davidow

on behalf of Creditor Pingora Loan Servicing  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

TOTAL: 14