**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BENJAMIN T JONES

       Debtor(s)
Ronda J. Winnecour
      Movant
      vs.
BENJAMIN T JONES

Case No.:16-70624 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S**
**REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case.  The Trustee now recommends that the Court   treat thisChapter 13 case as complete.

3.  Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4.  As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period   prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a   discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").      Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

October 26, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/01/2016  and confirmed on 10/31/16 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,804.36 |
| Less Refunds to Debtor | 1,971.44 | |
| TOTAL AMOUNT OF PLAN FUND | | 83,832.92 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 4,074.87 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,074.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PINGORA LOAN SERVICING LLC | 0.00 | 63,313.98 | 0.00 | 63,313.98 |
|   Acct: 0761 | | | | |
| PINGORA LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0761 | | | | |
| PINGORA LOAN SERVICING LLC | 12,094.07 | 12,094.07 | 0.00 | 12,094.07 |
|   Acct: 0761 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ID12 | | | | |
| | | | | 75,408.05 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BENJAMIN T JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BENJAMIN T JONES | 1,971.44 | 1,971.44 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PINGORA LOAN SERVICING LLC | 350.00 | 350.00 | 0.00 | 350.00 |
|   Acct: 0761 | | | | |
| | | | | 350.00 |
| **Unsecured** | | | | |
| PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ID12 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2291 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |

16-70624 JAD

Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                 75,758.05

| TOTAL | |
|---|---|
| CLAIMED | 350.00 |
| PRIORITY | 12,094.07 |
| SECURED | 0.00 |

Date: 10/26/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BENJAMIN T JONES

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:16-70624 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 16-70624-JAD

Benjamin T Jones                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: jhel        Page 1 of 2

Date Rcvd: Oct 26, 2021        Form ID: pdf900        Total Noticed: 9

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin T Jones, 3555 Rollingstone Road, Morrisdale, PA 16858-9014 |
| 14282900 | + | Cenlar, FSB, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14348717 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 15011787 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15341792 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14282901 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14342371 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR, FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14282902 | + | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14282901 | + | Email/Text: BKVerification@Ocwen.com | Oct 26 2021 23:35:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14282903 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2021 23:36:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-7 | User: jhel | Page 2 of 2
Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 9

Date: Oct 28, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| James A. Prostko | |
| | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. jprostko@c-vlaw.com, jamesprostko@gmail.com |
| James A. Prostko | |
| | on behalf of Creditor Pingora Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Jerome B. Blank | |
| | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Jerome B. Blank | |
| | on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. pawb@fedphe.com |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor Cenlar FSB bankruptcy@powerskirn.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Benjamin T Jones thedebterasers@aol.com |
| Maria Miksich | |
| | on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | |
| | on behalf of Creditor Pingora Loan Servicing  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Thomas Song | |
| | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |

TOTAL: 14