**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **BENJAMIN T JONES** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **16-70624JAD** |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:   Mortgage Information

**Name of creditor:**    PINGORA LOAN SERVICING LLC

**Court claim no.**  (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account    0  7  6  1

**Property Address:**    3555 ROLLINGSTONE RD
MORRISDALE PA 16858

## Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | | Amount |
|---|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ | 12,094.07 |
| b. Prepetition arrearage paid by the trustee : | (b) | $ | 12,094.07 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ | 350.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ | 350.00 |
| e. Allowed postpetition arrearage: | (e) | $ | 0.00 |
| f. Postpetition arrearage paid by the trustee : | + (f) | $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) | $ | 12,444.07 |

## Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee .

Current monthly mortgage payment                                            $    $1,034.64

The next postpetition payment is due on    12 / 1 / 2021
                                                                  MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

Debtor 1    **BENJAMIN T JONES**                                        Case number *(if known)*  **16-70624JAD**
_____                          _____
            Name

| Part 4: | A Response Is Required By Bankruptcy Rule 3002.1(g) |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour                                    Date   11/01/2021
_____                                _____
   Signature

Trustee      Ronda J. Winnecour

Address      CHAPTER 13 TRUSTEE WD PA
             600 GRANT STREET
             SUITE 3250 US STEEL TWR
             PITTSBURGH, PA  15219

Contact phone  (412) 471-5566                      Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **BENJAMIN T JONES** | | Case number *(if known)* **16-70624JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/29/2018 | 1097297 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 689.92 |
| 11/27/2018 | 1100419 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 239.92 |
| 12/21/2018 | 1103520 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 239.92 |
| 01/25/2019 | 1106757 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 239.92 |
| 02/08/2019 | | PINGORA LOAN SERVICING LLC | CREDITOR REFUND/PRINCIPLE | -239.92 |
| 03/25/2019 | 1113283 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 719.76 |
| 04/26/2019 | 1116599 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 854.84 |
| 05/24/2019 | 1119991 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 252.82 |
| 06/25/2019 | 1123405 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 252.82 |
| 07/29/2019 | 1126840 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 263.16 |
| 08/27/2019 | 1130324 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 263.16 |
| 09/24/2019 | 1133588 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 263.16 |
| 10/24/2019 | 1136963 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 864.52 |
| 11/25/2019 | 1140419 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 246.37 |
| 12/23/2019 | 1143813 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 246.37 |
| 01/28/2020 | 1147269 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 248.96 |
| 02/25/2020 | 1150798 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 248.96 |
| 03/23/2020 | 1154277 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 248.96 |
| 04/27/2020 | 1157730 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 875.70 |
| 05/26/2020 | 1161064 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 220.52 |
| 06/26/2020 | 1164222 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 220.52 |
| 07/29/2020 | 1167319 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 220.52 |
| 08/25/2020 | 1170402 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 220.52 |
| 09/28/2020 | 1173499 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 660.37 |
| 12/21/2020 | 1182595 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 61.00 |
| 01/25/2021 | 1185580 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 839.57 |
| 02/22/2021 | 1188705 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 225.14 |
| 03/26/2021 | 1192012 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 832.26 |
| 04/26/2021 | 1195250 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 223.32 |
| 05/25/2021 | 1198363 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 223.32 |
| 06/25/2021 | 1201551 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 223.32 |
| 07/26/2021 | 1204753 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 259.46 |
| 08/26/2021 | 1207898 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 311.67 |
| 09/24/2021 | 1211001 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 333.24 |
| | | | | 12,094.07 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 10/29/2018 | 1097297 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 19.97 |
| 01/25/2019 | 1106757 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 20.82 |
| 02/08/2019 | | PINGORA LOAN SERVICING LLC | CREDITOR REFUND/PRINCIPLE | -20.82 |
| 03/25/2019 | 1113283 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 34.70 |
| 04/26/2019 | 1116599 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 24.74 |
| 07/29/2019 | 1126840 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 22.26 |
| 09/24/2019 | 1133588 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 15.24 |
| 10/24/2019 | 1136963 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 25.02 |
| 01/28/2020 | 1147269 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 21.46 |
| 04/27/2020 | 1157730 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 39.74 |
| 07/29/2020 | 1167319 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 19.14 |
| 09/28/2020 | 1173499 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 25.49 |
| 01/25/2021 | 1185580 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 26.07 |
| 03/26/2021 | 1192012 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 30.61 |
| 06/25/2021 | 1201551 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 19.38 |
| 09/24/2021 | 1211001 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 26.18 |
| | | | | 350.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 11/21/2016 | 1019970 | CENLAR | AMOUNTS DISBURSED TO CREDITOR | 831.99 |
| 12/09/2016 | | CENLAR | REALLOCATION OF CONTINUING DEBT | -831.99 |
| 04/18/2017 | | PINGORA LOAN SERVICING LLC | REALLOCATION OF CONTINUING DEBT | 4,243.35 |
| 04/21/2017 | 1038454 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 908.19 |
| 05/25/2017 | 1041737 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 969.78 |
| 06/27/2017 | 1045118 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,504.16 |
| 07/25/2017 | 1048417 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,013.91 |

| Debtor 1 | **BENJAMIN T JONES** | Case number *(if known)* | **16-70624JAD** |
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|------|---------|------|--------------|--------|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 08/25/2017 | 1051777 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,015.61 |
| 09/26/2017 | 1055098 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,008.78 |
| 10/25/2017 | 1058459 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,015.16 |
| 11/21/2017 | 1061708 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,059.57 |
| 12/21/2017 | 1065014 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,097.09 |
| 01/25/2018 | 1068442 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,728.77 |
| 02/23/2018 | 1071626 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,183.69 |
| 03/28/2018 | 1074812 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,208.36 |
| 04/24/2018 | 1078057 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,228.74 |
| 05/25/2018 | 1081333 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,865.80 |
| 06/22/2018 | 1084454 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,256.89 |
| 07/26/2018 | 1087697 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,264.82 |
| 08/28/2018 | 1090915 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,270.99 |
| 09/25/2018 | 1094049 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,270.62 |
| 10/29/2018 | 1097297 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,190.26 |
| 11/27/2018 | 1100419 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 12/21/2018 | 1103520 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 01/25/2019 | 1106757 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 02/08/2019 | | PINGORA LOAN SERVICING LLC | CONTINUING DEBT REFUND | -1,018.58 |
| 03/25/2019 | 1113283 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 3,055.74 |
| 04/26/2019 | 1116599 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 05/24/2019 | 1119991 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 06/25/2019 | 1123405 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 07/29/2019 | 1126840 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 08/27/2019 | 1130324 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 09/24/2019 | 1133588 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 10/24/2019 | 1136963 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 11/25/2019 | 1140419 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 12/23/2019 | 1143813 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 01/28/2020 | 1147269 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 02/25/2020 | 1150798 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 03/23/2020 | 1154277 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 04/27/2020 | 1157730 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 05/26/2020 | 1161064 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 06/26/2020 | 1164222 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 07/29/2020 | 1167319 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 08/25/2020 | 1170402 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,018.58 |
| 09/28/2020 | 1173499 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,188.74 |
| 10/26/2020 | 1176591 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 632.21 |
| 11/24/2020 | 1179653 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,264.42 |
| 12/21/2020 | 1182595 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,201.65 |
| 01/25/2021 | 1185580 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,032.76 |
| 02/22/2021 | 1188705 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,032.76 |
| 03/26/2021 | 1192012 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,040.28 |
| 04/26/2021 | 1195250 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.64 |
| 05/25/2021 | 1198363 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.64 |
| 06/25/2021 | 1201551 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.64 |
| 07/26/2021 | 1204753 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.64 |
| 08/26/2021 | 1207898 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.64 |
| 09/24/2021 | 1211001 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,034.66 |
| | | | | 63,313.98 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BENJAMIN T JONES
3555 ROLLINGSTONE ROAD
MORRISDALE, PA  16858

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
POB 211
LIGONIER, PA  15658

PINGORA LOAN SERVICING LLC
C/O FREEDOM MORTGAGE CORP
ATTN. CASH PROCESSING
10500 KINCAID DR
FISHERS, IN  46037

CHOICE LEGAL GROUP PA
PO BOX 771270
CORAL SPRINGS, FL  33077

11/1/21                                           /s/ Roberta Saunier
                                                  _____
                                                  Administrative Assistant
                                                  Office of the Chapter 13 Trustee