IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70624-JAD |
| Benjamin T. Jones, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Benjamin T. Jones, | : | Docket No. 139 |
| Movant | : | |
| v. | : | |
| No Respondents | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor did receive a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.

4. On August 13, 2021, at docket number 126, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form. This Certification is being signed under penalty of perjury by Kenneth P. Seitz, Esquire that he duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 4, 2021      By:      /s/ Kenneth P. Seitz, Esquire
                                           Signature
                                           Kenneth P. Seitz, Esquire
                                           Name of Filer - Typed
                                           P.O. Box 211, Ligonier, PA 15658
                                           Address of Filer
                                           TheDebtErasers@aol.com
                                           Email Address of Filer
                                           (814) 536-7470
                                           Phone Number of Filer
                                           81666 Pennsylvania
                                           Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**