**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   BENJAMIN T JONES<br><br>         Debtor(s)<br><br>   Ronda J. Winnecour<br>         Movant<br>         vs.<br>   No Repondents. | Case No.:16-70624 JAD<br><br>Chapter 13<br><br>Related to ECF No. 133<br><br>**DEFAULT O/E JAD** |

ORDER OF COURT

AND NOW, this __28th__ day of __December__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/28/21 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
Jeffery A. Deller    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70624-JAD |
| Benjamin T Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin T Jones, 3555 Rollingstone Road, Morrisdale, PA 16858-9014 |
| 14282900 | + | Cenlar, FSB, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 14348717 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL, OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 15011787 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15341792 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14342371 | + | PINGORA LOAN SERVICING, LLC, C/O CENLAR, FSB, 425 PHILLIPS BLVD., EWING, NJ 08618-1430 |
| 14282902 | + | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14282901 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 28 2021 23:09:00 | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14282903 | + | Email/Text: bankruptcynotices@psecu.com | Dec 28 2021 23:09:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB |
| cr | | Deutsche Bank National Trust Company, As Trustee F |
| cr | | Flagstar Bank, FSB |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 2 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 9 |

Date: Dec 30, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
   on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com

James A. Prostko
   on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. jprostko@c-vlaw.com, jamesprostko@gmail.com

James A. Prostko
   on behalf of Creditor Pingora Loan Servicing  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
   on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

Jerome B. Blank
   on behalf of Creditor Deutsche Bank National Trust Company  As Trustee For et al. pawb@fedphe.com

Jill Manuel-Coughlin
   on behalf of Creditor Cenlar FSB bankruptcy@powerskirn.com

Kenneth P. Seitz
   on behalf of Debtor Benjamin T Jones thedebterasers@aol.com

Maria Miksich
   on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
   on behalf of Creditor Pingora Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
   on behalf of Creditor Flagstar Bank  FSB wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
   on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
   on behalf of Creditor Pingora Loan Servicing  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Thomas Song
   on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com

TOTAL: 15